## WALKER v. STATE.

No. 13966.

Court of Criminal Appeals of Texas.

Feb. 11, 1931.

Lockhart, Garrard & Brown, of Lubbock, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

Offense, breaking, pulling down, and injuring fence; penalty, a fine of $10.

The record is here without either a statement of facts or any bills of exception, and presents nothing for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## ALLVERSON v. STATE.

No. 14143.

Court of Criminal Appeals of Texas.

Feb. 4, 1931.

Justice & Sigler, of Athens, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for transporting intoxicating liquor; punishment, two years in the penitentiary.

We have carefully scrutinized this record, and are unable to find that any notice of appeal was given or entered as is required by our statute as a prerequisite to the attaching of the jurisdiction of this court.

Being without jurisdiction, the appeal will be dismissed.

## ECHART v. STATE.

No. 14154.

Court of Criminal Appeals of Texas.

Feb. 4, 1931.

Ben D. Clower, of Cooper, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale; penalty, confinement in the penitentiary for one year.

The record is before this court without statement of facts and bills of exception. Appellant entered a plea of guilty to the offense charged in the indictment.

The transcript fails to show any notice of appeal. This is essential to confer jurisdiction on the reviewing court. See article 827, C. C. P., also Stone v. State (Tex. Cr. App.) 31 S.W.(2d) 1077, and cases cited.

The appeal is dismissed.